# Court of Appeals
# of the State of Georgia

ATLANTA, December 28, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0212. RODERICK CARTER v. THE STATE.**

Roderick Carter pled guilty to aggravated assault, kidnapping and criminal attempt. In 2016, Carter filed a "Motion for an Out of Time Appeal/Motion to Withdraw." The trial court denied the motion, and Carter filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea). The denial of a motion to withdraw a guilty plea is also directly appealable. See *Smith v. State*, 283 Ga. 376, 376 (659 SE2d 380) (2008). Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Carter shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of

this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  *12/28/2016*

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____, *Clerk.*